

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*     *(212) 510-0500*
*Suite 1006*            *Fax: (212) 668-2255*
*New York, New York 10014*

May 4, 2017

Hon. Shelley C. Chapman
Hon. Mary Kay Vyskocil
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

                Re:   In re David Ebrahimzadeh
                        Case No. 17-11224 (SCC)

                        In re Diamond Condo LLC
                        Case No. 16-10619 (MKV)

Dear Judges Chapman and Vyskocil:

       I respectfully write to request that the case of In re David Ebrahimzadeh, Case No. 17-11224 (SCC), be reassigned to Hon. Mary Kay Vyskocil, as the judge assigned to the first-filed case of In re Diamond Condo LLC, Case No. 16-10619 (MKV), for reasons explained below.

       Both cases are two-party disputes between the respective debtors, on the one hand, and the secured creditor, on the other, regarding certain premises known as 70 East 77th Street, Apts. 7A/8A (the "Apartments"), in Manhattan.  Diamond Condo LLC ("Diamond Condo") holds a fee simple interest in the Apartments; David Ebrahimzadeh ("Ebrahimzadeh") has been occupying the Apartments. The secured creditor has been pursuing lift-stay frelief with respect to the Apartments in the Diamond Condo case, as well as a related case in New Jersey, In re Felice di Sanza, Case No. 17-10984, which case is still pending.  (Di Sanza is the sole shareholder of Diamond Condo.)

17-11224-mkv    Doc 5    Filed 05/04/17    Entered 05/04/17 15:34:27    Main Document
                                     Pg 2 of 2

Upon information and belief, the Ebrahimzadeh case was filed to avoid an imminent foreclosure sale yesterday of the Apartments. The Ebrahimzadeh petition fails to disclose that it is related to Diamond Condo.

Reassignment of the Ebrahimzadeh case to Judge Vyskocil as the judge assigned to the first-filed case will conserve judicial resources inasmuch as the cases are inextricably related.

        Respectfully,

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE, REGION 2

By:    */s/ Serene K. Nakano*
     SERENE K. NAKANO
     Trial Attorney
     (212) 510-0505

cc: Gabriel Del Virginia, Esq.
    Jonathan M. Robbin, Esq.
    Matthew M. Cabrera, Esq.
    Jason Leibowitz, Esq.
    By E-Mail